706

48 So.2d 885

**Sam FLEMING v. James Russell AVERY.**

**6 Div. 170.**

Supreme Court of Alabama.
Nov. 21, 1950.

J. T. Johnson, of Oneonta, for appellant.

Needham A. Graham, Jr., of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, motion of Appellant.

48 So.2d 885

**Nathan D. FLOYD v. Edna Mae Ross SPEARS et al.**

**1 Div. 425.**

Supreme Court of Alabama.
Nov. 24, 1950.

Johnston, McCall & Johnston, of Mobile, for appellant.

Rit M. Smith and Harry Seale, of Mobile, for appellees.

PER CURIAM.

Appeal dismissed by agreement.

48 So.2d 885

**FONTAINE TRUCK EQUIPMENT CO., Inc., v. Robert Carson HAMLETT.**

**6 Div. 27.**

Supreme Court of Alabama.
Oct. 2, 1950.

Pritchard & McCall, of Birmingham, for appellant.

Chas. L. Howard, Jr., and Geo. Rogers, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

47 So.2d 917

**James Olen GAINES v. Naomi Lee GAINES.**

**7 Div. 72.**

Supreme Court of Alabama.
June 28, 1950.

Ernest E. Parker, of Gadsden, for appellant.

Roy D. McCord, of Gadsden, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

48 So.2d 885

**Eva R. GODFREY et al. v. Eugene C. PARKER et al.**

**4 Div. 618.**

Supreme Court of Alabama.
Nov. 9, 1950.

Grady G. Cleveland, Jr., of Eufaula, for appellants.

Archie I. Grubb, of Eufaula, for appellees.

PER CURIAM.

Appeal dismissed.